■ In the Matter of GARY M. REING, Admitted as GARY MARTIN REING, an Attorney, Respondent.—Motion granted and respondent suspended from practice as an attorney and counselor-at-law in the State of New York, as indicated in the order of this court. Concur—Sandler, J. P., Carro, Fein, Milonas and Rosenberger, JJ.

(July 25, 1985)

■ In the Matter of LILLIE C. WALKER, Respondent, v NEW YORK CITY TEACHERS' RETIREMENT SYSTEM, Appellant.—Appeal from an order and judgment (one paper) of the Supreme Court, New York County (Alfred Ascione, J.), entered on February 15, 1984, unanimously held in abeyance pending the substitution for deceased petitioner of her personal representative. No opinion. Concur—Murphy, P. J., Carro, Asch, Bloom and Milonas, JJ.